**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARVEY BROOKS,** ) | **NO. EDCV 17-7173-JVS (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **SHAWN HATTON,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

     Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.


DATED:    November 16, 2017

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE